

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 7, 2024

The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Danyela Rosemaris Beltre, a/k/a "Danyela R Gomez," et al., 24 Mag. 2844

Dear Judge Willis:

   The Government respectfully requests that Your Honor sign an order unsealing the above-referenced Complaint and arrest warrants.

   Thank you for your consideration.

                                         Respectfully submitted,

                                         DAMIAN WILLIAMS
                                         United States Attorney

                              By:   /s/
                                    T. Josiah Pertz
                                    Assistant United States Attorney
                                    (212) 637-2246

SO ORDERED:

_____
HON. JENNIFER E. WILLIS
United States Magistrate Judge
Southern District of New York